Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Robert Bunch** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case Number: 16-1343 |
| | ) | |
| **S.A. Godinez, Wexford Health Sources Inc, Dr. Louis Shicker, Dr. Andrew Tilden, Riliwan Ojelade, Nurse Jane Doe, John Birkle, Susan Prentice, Lance Whitecotton, . Brewer, Scott Mrozek, and Randy Pfister** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's action against all defendants is dismissed, with parties to bear their own costs.

**Dated: February 4, 2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
